AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America
v.

GEORGIY SERYOGIN,
a/k/a "George Seryogin"

*Defendant(s)*

Case No. 1:19-mj-188

FILED APR 23 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **July 27, 2018** in the county of *** (see note below)** in the **Eastern** District of **Virginia and elsewhere**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2244(b) and 49 U.S.C. § 46506(1) | Abusive Sexual Contact Aboard Aircraft in Flight to Washington Dulles Airport<br><br>The defendant knowingly engaged in sexual contact with passenger "Jane Doe" without her permission, to wit: intentionally touching the inner thigh and vagina of "Jane Doe," through her clothing, with an intent to abuse, humiliate, harass, and degrade her, and to arouse and gratify the sexual desire of any person.<br><br>* The offense occurred within the special aircraft jurisdiction of the U.S. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

AUSA Raj Parekh

*Complainant's signature*

FBI Special Agent Jeffrey Fuller
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/23/2019

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, Virginia

Hon. Theresa Carroll Buchanan
*Printed name and title*